UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EUGENE DAVIS,

             Plaintiff,

  v.

KING COUNTY LIBRARY, *et al.*,

            Defendants.

Case No. C22-1169-RAJ

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff Eugene Davis has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk is directed to send copies of this order to Plaintiff and to the Honorable Richard A. Jones.

Dated this 23rd day of August, 2022.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1