Pro Se 15 2016

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

**22 CV - 01169 - RAJ**

Eugene Davis

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in
custody)

Plaintiff(s),

Jury Trial: ☐ Yes ☑ No

v.

King County Library,
Skyway Branch, Librarians
Fred Gurney and Jane DOES

Defendant(s).

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name                  Eugene DAVIS
Street Address        12024 71st Ave so Apt F-298
City and County       SEATTLE   KING County
State and Zip Code    Washington 98178
Telephone Number      206-466-1235

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

Pro Se 15 2016

1  B.    Defendant(s)

2       *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

4       Defendant No. 1

5           Name                          Fred Gurney
6           Job or Title *(if known)*     Librarian I Information Services Mgr
7           Street Address                12601 76th Avenue So
8           City and County               Seattle , King County
9           State and Zip Code            WASHINGTON 98178
            Telephone Number
10          ☑ Individual capacity         ☐ Official capacity

11      Defendant No. 2

12          Name                          Jane Doe
13          Job or Title *(if known)*     Librarian
14          Street Address                12601 76th Avenue So
15          City and County               Seattle KING COUNTY
            State and Zip Code            Washington 98178
16          Telephone Number
17          ☑ Individual capacity         ☐ Official capacity

18      Defendant No. 3

19          Name                          Jane Doe
20          Job or Title *(if known)*     Librarian
            Street Address                12601 76th Avenue So
21          City and County               Seattle KING COUNTY
22          State and Zip Code            Washington 98178
            Telephone Number
23          ☐ Individual capacity         ☐ Official capacity

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

Defendant No. 4

Name — KING COUNTY LIBRARY Skyway Branch

Job or Title *(if known)* — LIBRARY

Street Address — 12601 76th Avenue So

City and County — Seattle  KING COUNTY

State and Zip Code — WASHINGTON  98178

Telephone Number

☐ Individual capacity   ☐ Official capacity

## II.   PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☐ No   ☑ Yes   If yes, how many? ___1___

Describe the lawsuit:

Similar situation lies and deceit of the Seattle public librarians and security officers depriving me of my rights to be in a public place.

Parties to this previous lawsuit:

STAFFORD FREY COOPER

Plaintiff(s)

Myself - Eugene DAVIS

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Pro Se 15 2016

1 _____

2 _____

3 Defendant(s)

4 SEATTLE PUBLIC LIBRARY

5 SEATTLE SECURITY OFFICER

6 SEATTLE POLICE

7 _____

8 *(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

9 Court and name of district: United States DISTRICT COURT

10 Western District of Washington AT SEATTLE

11 Docket Number: CV09-1148 MJP

12 Assigned Judge: Judge Marsha Pechman

13 Disposition: *(For example, was the case dismissed as frivolous or for failure to state a*

14 *claim? Was it appealed? Is it still pending?)*

15 settled out of court for amount of $300

16 _____

17 _____

18 Approximate filing date of lawsuit: 12/16/2009

19 Approximate date of disposition: _____

20

21 ### III.   BASIS FOR JURISDICTION

22 Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any

23 rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

Pro Se 15 2016

1  *v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may

2  sue federal officials for the violation of certain constitutional rights.

3  A.    Are you bringing suite against *(check all that apply)*:

4        ☐    Federal officials (a *Bivens* claim)

5        ☑    State or local officials (a § 1983 claim)

6  B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or

7        immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are

8        suing under section 1983, what federal constitutional or statutory right(s) do you claim

9        is/are being violated by state or local officials?

10   Freedom of Speech and expression, the

11   right to use public facilities

12   _____

13   _____

14  C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional

15        rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are

16        being violated by federal officials?

17   _____

18   _____

19   _____

20   _____

21  D.    Section 1983 allows defendants to be found liable only when they have acted "under

22        color of any    statute, ordinance, regulation, custom, or usage, of any State or Territory

23        or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983,

24        explain how each defendant acted under color of state or local law.  If you are suing

Pro Se 15 2016

1    under *Bivens*, explain how each defendant acted under color of federal law.  Attach

2    additional pages if needed.

3    In my humiliation I was deprived of

4    my right to use king county library (Skyway

5    branch).

6

7                        **IV.   STATEMENT OF CLAIM**

8    *State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.*

9    *You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted,*

10   *number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

11

12   Silent harrasement, untrue statements

13   by librarians

14

15   A.   Where did the events giving rise to your claim(s) occur?

16   Sky Way Library branch  12601 76th

17   Avenue S Seattle, Wa 98178

18   B.   What date and approximate time did the events giving rise to your claim(s) occur?

19   6/15/22 around 2pm in the afternoon

20   C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?*

21   *Who did what?  Was anyone else involved?  Who else saw what happened?)*

22   teenage patrons throwing objects at me, loud

23   racial slurs usage in library, inhaling pepper spray

24   while at computer terminals flaring up my asthma symptoms being banned from my neighborhood library in Skyway.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

Pro Se 15 2016

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

these situations caused severe depression and anxiety

## VI.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.*

$100,000 for mental anguish and civil rights violation.

## VII.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

Pro Se 15 2016

1         I agree to provide the Clerk's Office with any changes to my address where case-related

2    papers may be served. I understand that my failure to keep a current address on file with the

3    Clerk's Office may result in the dismissal of my case.

4    Date of signing: _____8/22/22_____

5    Signature of Plaintiff _____Eugene Davis_____

6    Printed Name of Plaintiff _____Eugene DAVIS_____

7

8    Date of signing: _____

9    Signature of Plaintiff _____

10   Printed Name of Plaintiff _____

11

12   Date of signing: _____

13   Signature of Plaintiff _____

14   Printed Name of Plaintiff _____

15

16

17

18

19

20

21

22

23

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8